(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _Ouango Fitzgeck Correa_
   (Name of Plaintiff)    (Inmate Number)

_1181 Peddon Road Smyrna 19977_
   (Complete Address with zip code)

FILED
AUG 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

0 - 555

(2) _____
   (Name of Plaintiff)    (Inmate Number)

_____
   (Complete Address with zip code)

(Case Number)
( to be assigned by U.S. District Court)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _The State of Delaware -- Attorny Gnrl_

(2) _The Department of Correction_

(3) _The State of Delaware State Police Troop 3) Police Station_
   (Names of Defendants)

**CIVIL COMPLAINT**

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.   **PREVIOUS LAWSUITS**

$50,000.00

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_Guango Fi Correa was Arres By The State of Delaware Troop3 Police Station on Account of A/K/A of David E Jones Cirmonrl Impersonation and was Arrest By The Delaware State Police Dnd Correa was Submitt to the Department of Correction And the Department of Correction Centr took Corres re Sussex County Superior Court For A Shep Lift Charge_

II.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.  Is there a prisoner grievance procedure available at your present institution?  • • Yes  • (No)

B.  Have you fully exhausted your available administrative remedies regarding each of your present claims?  • • Yes  • (No)

C.  If your answer to "B" is Yes:

  1. What steps did you take? N/A

  2. What was the result? N/A

D.  If your answer to "B" is No, explain why not: N/A

III.  **DEFENDANTS** (in order listed on the caption) N/A

(1) Name of first defendant: _____

   Employed as _____ at _____

   Mailing address with zip code: _____

(2) Name of second defendant: _____

   Employed as _____ at _____

   Mailing address with zip code: _____

(3) Name of third defendant: _____

   Employed as _____ at _____

   Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

### IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. THE Delaware STATE Police Make Arrest Correa on Account of Identy ANE Wrong Edenty Correa was Arrest And Took Correa to The Deportmut of Correction under A/K/A DAVID E Jones Name) Correa was Transport to Sussex County Superior Court, Under David E Jony Nom

2. Citmme Impersonum & Foiss Impersoment Shoplifting

3. $50,000°° Pain and Suffing Amendmunt 1 Amendmunt 14th

### V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Sui For Foiss Arrest, & Cirmowoc Impersoment And did Jail time For) under A/K/A And Violated Correa Consitution Rights 1 amendul was Violated By The STate of Delawar

Pain And Suffins

3

2. Now the Department of Correction Has put in the Wrong Effective date as 12/05/07 in the state national wide Computer System A Staff From the Department of Correction the made a error on the Effective date the Effective date of October 11, 2007 is the Correct Effective date October 11, 2007 to October 11, 2008 with 24 day good time that will Take it to Sept. 16 2008 fer to Be Relase from the Department of Correction

3. _____

See Sentence order.

with Time Previously served was not Credit From October 11, 2007. But the Department should Has Credity But they did not they start date 12/05/07 is the wrong Effective date

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17__ day of __August__, 2_008_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

It is not the responsibility of the Court to review each document and determine whether personal information has properly been protected. Every document submitted for filing will be docketed and made publicly accessible over the Court's electronic filing system. If, after docketing, you determine that a document contains personal information that you want to treat as confidential, you must file a" Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

Mail the original and required number of copies of your complaint to the Clerk of Court at the following address:

> **Clerk**
> **U.S. District Court**
> **Lockbox 18**
> **844 N. King Street**
> **Wilmington, DE 19801**

Message Correa Should Been Reloss in July 16 2008

The Department of Correction is Holding Correa on the wrong Effective as of 12/05/07

See Sentence Order Attach

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GUANGO F. CORREA,                    :
                                     :
         Petitioner,                 :
                                     :
v.                                   :    Civil Action No. 07-151-JJF
                                     :
PERRY PHELPS, Warden, and            :
ATTORNEY GENERAL OF THE              ;
STATE OF DELAWARE,                   :
                                     :
         Respondents.                :


O R D E R

Petitioner Guango F. Correa has filed a letter Motion For Reconsideration, asking the Court to reconsider its denial of his habeas application. (D.I. 22.) A motion for reconsideration should be granted to correct manifest errors of law or fact or to present newly discovered evidence. Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985). Accordingly, a court may grant a motion for reconsideration if the moving party shows one of the following: (1) an intervening change in the controlling law; (2) the availability of new evidence that was not available when the court issued its order; or (3) the need to correct a clear error of law or fact or to prevent a manifest injustice. Max's Seafood Café v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999)(citing North River Ins. Co. v. CIGNA Reinsurance Co., 52 F.3d 1194, 1218 (3d Cir. 1995). A motion for reconsideration is not appropriate to reargue issues that the court has already considered and decided.



Brambles USA Inc. v. Blocker, 735 F. Supp. 1239, 1240 (D.Del. 1990).

On May 9, 2008, the Court dismissed Petitioner's federal habeas application as second or successive, and alternatively, as procedurally barred. (D.I. 20; D.I. 21.) In his Motion, Petitioner argues that he has demonstrated cause and prejudice sufficient to excuse his procedural default, and he attaches a copy of his original habeas application to support his argument. (D.I. 22.) The Court has already considered, and rejected, Petitioner's argument. Moreover, to the extent Petitioner suggests that the Court committed a clear error of law, the Court is unpersuaded. Therefore, the Court concludes that Petitioner's argument does not warrant reconsideration of its decision.

Now Therefore, It Is Hereby Ordered that Petitioner's Motion To Alter The Judgment (D.I. 22.) is **DENIED**. The Clerk of the Court is directed to close the case.

August 13, 2008
DATE

UNITED STATES DISTRICT JUDGE

2