U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

August 26, 2008

Clerk of Court
U.S. District Court for the District of Delaware
844 N. King Street, Lockbox 18
Wilmington, DE 19801

RE:   Guango F. Correa
      Complaint Filing

Dear Clerk:

Enclosed is what appears to be an original complaint for filing and a copy of an order filed in your case #07-cv-151-JJF. These documents are being forwarded to your attention, solely to protect the litigants rights in filing an action in the proper jurisdiction.

If you have any questions, please call me at (267) 299-7025.

Very truly yours,
MICHAEL E. KUNZ
Clerk of Court

By: _____
Fernando Benitez, Jr., Deputy Clerk

Enclosure

retent.frm



RECEIVED
AUG 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE